UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH THURURA, DUSTIN G. ABRAMS, DANIEL LAZCONO, DAVID HILDERBRANT, JASON McILWAIN, KEVIN PETERS and DERRICK HANEY,<br><br>               Plaintiffs,<br><br>   vs.<br><br>JOHN TANZER, JOHN MARCKINI, FRANK RIVERA, and DAVID ALCALA,<br>               Defendants. | NO: 2:22-CV-0037-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the Plaintiffs' Motion to Voluntarily Dismiss without Prejudice. ECF No. 117. Defendants do not object to Plaintiffs' motion. ECF No. 118. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared. In combination, the two filings before the Court amount to a stipulation for dismissal.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' filings, this action is **DISMISSED** without prejudice and without the award of any fees, costs, or payments of any kind or description.

2. All deadlines, hearings, and trial are **VACATED**.

3. No further filings shall be accepted in this **CLOSED** case.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to the parties, and **CLOSE** the file.

DATED October 24, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2