AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 24, 2022
SEAN F. McAVOY, CLERK

JOSEPH THURURA, et al., )
*Plaintiff* )
v. ) Civil Action No. 2:22-CV-0037-TOR
)
JOHN TANZER, JOHN MARCKINI, )
FRANK RIVERA, and DAVID )
ALCALA, )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' filings, this action is DISMISSED without prejudice and without the award of any fees, costs, or payments of any kind or description.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE

on Plaintiffs' Motion to Voluntarily Dismiss without Prejudice. ECF No. 117.

Date:  October 24, 2022

CLERK OF COURT

SEAN F. McAVOY

s/ B. Fortenberry
*(By) Deputy Clerk*

B. Fortenberry